UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>STEVEN SHORT,<br><br>                    Defendants. | 19-CR-704 (LAP); 24-CV-3976 (LAP)<br><br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:[1]

    The Court is in receipt of Defendant's letter requesting an extension of 45 days to file his reply, (dkt. no. 19). The request is granted. Defendant shall file his reply no later than September 15, 2025.

**SO ORDERED.**

Dated:    New York, New York
           July 31, 2025

                                    _/s/ Loretta A. Preska_
                                    LORETTA A. PRESKA
                                    Senior United States District Judge

---

[1] All citations refer to the docket of 24-CV-3976.